MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
DUANE M. GECK (State Bar No. 114823)
dmg@severson.com
ANDREW S. ELLIOTT (State Bar No. 254757)
ase@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

ANTHONY J. O'MALLEY, admitted pro hac vice
(Ohio State Bar No. 0017506)
MARCEL C. DUHAMEL, admitted pro hac vice
(Ohio State Bar No. 0062171)
VORYS, SATER, SEYMOUR AND PEASE LLP
1375 East Ninth Street, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 479-6100
Facsimile:  (216) 479-6112

Attorneys for Defendant PNC Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| THREE CROWN APARTMENTS, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PNC BANK, N.A., a national banking association,<br><br>　　　　　Defendant. | Case No. CV 12 3579 EDL<br><br>[Proposed] **ORDER ADVANCING HEARING DATE ON MOTION TO DISMISS THIRD AMENDED COMPLAINT** AS MODIFIED<br><br>Magistrate Judge Elizabeth D. Laporte<br><br>Action Filed:　July 9, 2012<br>Trial Date:　　n/a |

1  Upon the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED:

2  1. Defendant's motion to dismiss the third amended complaint shall be heard on
April ~~9~~ 16, 2013, not May 7, 2013, as previously scheduled.

2. Defendant may file its reply memorandum in support of its motion to dismiss on or before April 2, 2013.

DATED: March 20, 2013



IT IS SO ORDERED AS MODIFIED

Judge Elizabeth D. Laporte

10937.0011/2597863.1                            1                            CV 12 3579 EDL
[Proposed] Order Advancing Hearing Date
on Motion to Dismiss 3d Amended Compl.